IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

TERRY A. CARTER                              )
              Plaintiff,                    )
                               )
vs.                                          )     Case No. 07-4063-JAR
                               )
AMERICAN EAGLE OUTFITTERS, INC.              )
              Defendant.                   )
                               )

## ORDER

This matter is before the court upon defendant's Motion for Order Directing the Kansas Human Rights Commission to Produce Documents (Doc. 15). The present motion asks the court to order the Kansas Human Rights Commission ("KHRC") to produce for in camera review any and all files and documents concerning the investigation of plaintiff Terry A. Carter's complaint with the KHRC regarding plaintiff's charges against American Eagle Outfitters, Inc. The present motion indicates that plaintiff does not oppose this motion. As the motion is uncontested, the court believes the motion should be granted.

Therefore, the court finds that the documents defendant seeks appear to be relevant and discoverable and will grant defendant's motion requesting production, with minor modifications to conform to the court's standard procedure.

**IT IS HEREBY ORDERED** that Motion for Order Directing the Kansas Human Rights Commission to Produce Documents (Doc. 15) is hereby granted, with modifications as set forth hereinafter.

**IT IS FURTHER ORDERED** that the KHRC shall produce to any party to this action, or any attorney representing such a party, a copy of its investigative file(s) pertaining to charges filed by plaintiff Terry A. Carter's complaint with the KHRC, except such portions thereof which may be of a deliberative or conciliatory nature or attorney

work product of the KHRC's legal staff.  The KHRC is  ordered to allow copies of the same to be made at the expense of the party receiving such production.  Should the KHRC consider that any items are of a deliberative or conciliatory nature or attorney work product of the KHRC's legal staff, copies of such items shall be forwarded to the undersigned judge for in camera inspection within 15 days of the date of this order.  A brief summary of the documents submitted to the court shall be served on all parties in this case.

        IT IS SO ORDERED.

        Dated this 19th day of July, 2007, at Topeka, Kansas.

         s/ K. Gary Sebelius
        K. Gary Sebelius
        U.S. Magistrate Judge

cc:   All counsel, KHRC